ATLANTIC COAST LINE RAILROAD COMPANY, A CORPORATION, *Plaintiff in Error,* v. GRANT U. CONANT, *Defendant in Error.*

Opinion Filed May 1, 1920.

Where the damages awarded are excessive, a remittitur may be allowed by the Appellate Court as an alternative for granting a new trial because of the excessive award of damages.

A writ of error to the Circuit Court for Polk County, John S. Edwards, Judge.

Affirmed in part; reversed in part.

*Sparkman & Sparkman,* for Plaintiff in Error;

*R. B. Huffaker,* for Defendant in Error.

PER CURIAM.—This writ of error was taken to a judgment awarding $1,500.00 damages to Conant for injuries to himself and to an automobile caused by a collision with a railroad locomotive.   In view of the evidence showing contributory negligence and of the nature and extent of the injuries and loss sustained, the damages awarded are manifestly excessive.   See Atlantic Coast Line Ry. v. Hobbs, 71 Fla. 109. 70 South. Rep. 939.   In such cases

remittiturs are permitted to facilitate the administration of justice and the disposition of litigated causes. If the plaintiff below enters a remittitur of $1000.00 of the damages awarded the judgment will stand affirmed for the balance; otherwise the judgment will stand reversed for a new trial on the thirtieth day after the mandate is filed. See Louisville & N. R. Co. v. Frank, 76 Fla. 384, 80 South. Rep. 60; Postal Telegraph Cable Co. v. Scott, 76 Fla. 336, 79 South. Rep. 767, and authorities cited; Saunders Tr. Co. v. Underwood, 77 Fla. 167.

It is so ordered.

All conocur.